**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERTO HERNANDEZ, | Case No. 5:22-cv-01977-ODW-AJR |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| MICHAEL MANK, FELIPE MARTINEZ, JEFFERSON STEENBERGEN, | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint (Dkt. 89), Defendants' Motion to Dismiss the Third Amended Complaint (Dkt. 90), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 93). The time for filing objections has passed and the Court has not received any objections. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered GRANTING WITHOUT LEAVE TO AMEND Defendants' Motion to Dismiss the Third Amended

Complaint AND DISMISSING THIS ACTION WITH PREJUDICE for failure to state a cognizable claim for relief.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and Judgment herein on Plaintiff at his current address of record, as well as all parties who have appeared in this action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  March 18, 2026

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE