**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALBERTO HERNANDEZ,

          Plaintiff,

   v.

MICHAEL MANK, FELIPE MARTINEZ, JEFFERSON STEENBERGEN,

          Defendants.

Case No. 5:22-cv-01977-ODW-AJR

**JUDGMENT**

JS-6

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice for failure to state a cognizable claim for relief.

DATED:  March 18, 2026

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE